IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

ANN M. AUSTIN,

                                                                    ORDER
                              Plaintiff,

        v.                                               12-cv-435-slc

FARMERS INSURANCE,

                              Defendant.

_____

Plaintiff Ann Austin has filed a proposed complaint.  Plaintiff has not paid the $350 filing fee nor has she submitted the paperwork necessary to support a determination that she is entitled to proceed without paying the filing fee.  This court can take no action in his case until plaintiff either submits the $350 filing fee or an affidavit to proceed without prepayment of fees and/or costs, which I have enclosed with this order.


ORDER

IT IS ORDERED that plaintiff Ann Austin may have until July 23, 2012, in which to either submit the $350 filing fee to the clerk's office or to fill out the enclosed affidavit of indigency and return it to the court.  If, by July 23, 2012, plaintiff fails to respond to this order, I will assume she wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff filing her case at a later date.

Entered this 2nd day of July, 2012.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge