IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANN M. AUSTIN,

                     Plaintiff,            JUDGMENT IN A CIVIL CASE

    v.                                12-cv-435-bbc

MID CENTURY INSURANCE COMPANY,

                     Defendant.

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Mid-Century Insurance Company on all claims raised by plaintiff Ann M. Austin granting its motion for summary judgment and motion to dismiss and dismissing this case.

| /s/ | 2/21/2014 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |