# NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGEMENT ORDER OF A DISTRICT COURT

Ms. Ann M. Austin
P.O. Box 14375 Madison WI 53708

(party designation) Plaintiff

**Notice of Appeal**

-vs-

Mid-Century Insurance
McCoy Law Group

(party designation) Defendant    Case No. 12-CV-435 bbc

Notice is hereby given that (name of party filing appeal) Ms. Ann M. Austin to the US Court of appeals to the Court of Appeals of 7th CIRCUIT from [choose one] ☒ the whole ☐ a part of the final judgment or order, entered on (date) 3-21-2014 in the circuit court for _____ County, the Honorable (name of Judge) _____, presiding, in favor of (name of party opposing appeal) Mid Century Insurance & AH, and against (name of party filing appeal) Ms. Ann M. Austin, wherein the court (describe judgment or order) Case dismissed for failure to prosecute.

DOC NO
REC'D/FILED
2014 MAR 21 PM 4:
PETER OPPENEER
CLERK US DIST CO
WD OF WI

Date: 03-21-2014

Signature of Filing Attorney or Party: Ms. Ann M. Austin
Telephone Number: 608-250-0284
Name Printed or Typed: ANN M. AUSTIN
State Bar Number (if applicable): PRO SE
Address: P.O. Box 14375 Madison WI 53708